ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
Telephone: (702) 938-1510
Facsimile: (702) 938-1511
rphillips@psalaw.net
mwessel@psalaw.net

*Attorneys for Defendant
Walmart Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONNA RENE BRINKLEY,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., individually; and DOES 1 through 20; and ROE BUSINESS ENTITIES 1 through 20,<br><br>Defendants. | Case No.: 2:18-cv-01868-GMN-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

- 1 -

party's own costs and attorney's fees.

DATED this 17 day of June, 2019.

**RICHARD HARRIS LAW FIRM**

_____
MICHAEL I. SANDOVAL, ESQ.
Nevada Bar No. 13242
801 S. Fourth Street
Las Vegas, NV 89101

*Attorneys for Plaintiff*
*Donna Rene Brinkley*

DATED this 17th day of June 2019.

**PHILLIPS, SPALLAS & ANGSTADT**

#13362
_____
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
504 South Ninth Street
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

## ORDER

It is **HEREBY ORDERED** that the above Stipulation for Dismissal with Prejudice, (ECF No. 16), is **GRANTED**.

**DATED** this  18  day of June, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT